UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 14-0738-R (KK)**                               Date:  **October 21, 2014**

Title:  Lawrence McMillan v. Stanley Sniff, et al.

**DOCKET ENTRY**

PRESENT:

      **HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

| <u>Deb Taylor</u> | <u>None</u> |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| None | None |

**PROCEEDINGS:**          **(IN CHAMBERS)**

The Court is in receipt of Plaintiff's Motion for Default (dkt. 23).  Plaintiff argues default is warranted because Defendant Sniff has failed to file a responsive pleadings.  However, Defendant Sniff filed a Motion to Dismiss on October 8, 2014.  Thus, Plaintiff's motion is DENIED.

                                            Initials of Deputy Clerk    dts

MINUTES FORM 11
CIVIL-GEN