# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 14-00738-R (KK)**                              Date: **January 6, 2015**

Title: Lawrence McMillan v. Stanley Sniff, et al.

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

| <u>Deb Taylor</u> | <u>None</u> |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):           ATTORNEYS PRESENT FOR DEFENDANT(S):
           None                                                                      None

**PROCEEDINGS:         (IN CHAMBERS)**

The Court is in receipt of Plaintiff's Motion to Strike/Judicial Notice of Declaration of Lawrence L. McMillan in Support of Plaintiff's Further Amended Complaint.  ECF Docket No. 41.  However, it is unclear what relief Plaintiff is seeking.  Thus, Plaintiff's motion is DENIED.

Plaintiff is advised that Defendant Stanley Sniff has filed a Motion to Dismiss portions of Plaintiff's fourth amended complaint.  Plaintiff is directed to file an opposition (or statement of non-opposition) on or before **January 21, 2015.**  Plaintiff is further reminded of Local Rule 7-12 which provides:

> The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule.  The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.

Initials of Deputy Clerk     dts

MINUTES FORM 11
CIVIL-GEN