UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 14-738-R (KK) | Date | June 24, 2015 |
|---|---|---|---|
| Title | Lawrence McMillan v. Sheriff Stanley Sniff, et al. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order: Limited Appointment of Pro Bono Counsel

This is a *pro se* civil rights action filed by Plaintiff Lawrence McMillan.

On March 23, 2015, the Court referred this matter to the Prisoner Settlement Program and the Honorable Victor E. Bianchini for settlement proceedings. Pursuant to the referral, a settlement conference was held on May 7, 2015. Following the conclusion of the conference, the parties agreed to an additional follow-up settlement proceeding. Judge Bianchini has advised that the appointment of counsel for Plaintiff may be helpful in reaching an agreeable settlement.

Thus, IT IS HEREBY ORDERED that Reuven L. Cohen and Firdaus F. Dordi are appointed as pro bono counsel for Plaintiff *for the limited purpose of representing Plaintiff in settlement discussions before the Honorable Victor Bianchini*. The Court thanks both Mr. Cohen and Mr. Dordi in advance for their assistance.

The settlement hearing will take place at the United States Courthouse, 312 North Spring Street, Courtroom 24, 5th Floor, on **July 21, 2015 at 9:00 a.m.**

The Clerk shall serve this minute order on all parties.